In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-262 CV


____________________



CURTIS MCNEARY, Appellant



V.



DEBORAH MCNEARY, Appellee






On Appeal from the 9th District Court


Montgomery County, Texas


Trial Cause No. 01-07-04631 CV






MEMORANDUM OPINION (1)


 On May 27, 2003, Curtis McNeary filed notice of appeal from an order denying a
writ of habeas corpus for the return of a child subject to an order affecting the parent-child
relationship. On June 19, 2003, we notified the parties that the denial of the writ had not
been reduced to writing. The appellant provided the Court with a copy of the out-of-state
decree, but did not controvert the district clerk's assertion that the denial of the application
for writ of habeas corpus had not been reduced to writing. On September 6, 2003, we
notified the parties that the appeal would be dismissed for lack of jurisdiction unless we
received a response showing grounds for continuing the appeal.

 The proceeding before the Court is an appeal, not an original proceeding. The
Court finds that no appealable order has been entered in this case. The Court finds it does
not have jurisdiction over the appeal.

 It is, therefore, ordered that the appeal be dismissed.

 APPEAL DISMISSED. 

 

 PER CURIAM


Opinion Delivered November 6, 2003 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.